969 A.2d 1182

**Hialia H. SPELLS, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

**No. 29 EM 2009.**

Supreme Court of Pennsylvania.

April 23, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of April, 2009, the Petition for Allowance of Appeal being treated as an Application for Relief pursuant to Pa.R.A.P. 123 is **DENIED.**